# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| BITSTREAM MINING LLC | § § | Case No. 23-51491 MMP |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/01/2023 . The undersigned trustee was appointed on 11/01/2023 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    528,250.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 500,000.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 28,250.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/20/2024 and the deadline for filing governmental claims was 04/29/2024 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 28,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 28,250.00 , for a total compensation of $ 28,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 2,834.41 , for total expenses of $ 2,834.41 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/04/2024   By:/s/John Patrick Lowe, Trustee
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 23-51491 | MMP | Judge: MICHAEL M. PARKER | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|---|---|
| Case Name: | BITSTREAM MINING LLC | | | Date Filed (f) or Converted (c): | 11/01/23 (f) |
| | | | | 341(a) Meeting Date: | 11/28/23 |
| For Period Ending: | 04/04/24 | | | Claims Bar Date: | 02/20/24 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. OFFICE EQUIPMENT INCL COMPUTER EQUIP, SOFTWARE, CO OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE. 4000 CANAAN AVALON MINERS (PURCHASED FROM PRINT CRYPTO, NET BOOK VALUE OF DEBTOR'S INTEREST $1,718,976.44; 21 TRANSFORMERS, SKID FABRICATION, CABLING (PURCHASED FROM VA ELECTRIC), NET BOOK VALUE OF DEBTOR'S INTEREST $1,939,430.67; CONTAIN UNITS, NET BOOK VALUE OF DEBTOR'S INTEREST $1,102,303.01; 1,000 SPLITTER CABLES (PURCHASED FROM VA ELECTRIC), NET BOOK VALUE OF DEBTOR'S INTEREST $14,246.00; JRC WIRING EQUIPMENT, NET BOOK VALUE OF DEBTOR'S INTEREST $129,911.00; ELITE MINING EQUIPMENT, NET BOOK VLAUE OF DEBTOR'S INTEREST $735,000.00. CURRENT VALUE OF DEBTOR'S INTEREST LISTED AS: UNKNOWN. MOTION TO SELL REAL PROPERTY IN WARD COUNTY, TEXAS TO TRINITY MINING FREE AND CLEAR OF LIENS FILED 02/07/24, DOCKET NO. 28. ORDER REGARDING TRUSTEE'S MOTION SELL REAL PROPERTY IN WARD COUNTY, TEXAS TO TRINITY MINING FREE AND CLEAR OF LIENS DATED 02/23/24, DOCKET NO. 38. REPORT OF SALE OF THE 20 ACRES IN WARD COUNTY AND CERTAIN BUSINESS PERSONAL PROPERTY FILED 03/29/24, DOCKET NO. 45. | 0.00 | 0.00 | | 0.00 | FA |
| 2. 2022 FORD F250 VIN: 1FT8W2BT2NED32696 | 0.00 | 0.00 | OA | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 23-51491 | MMP | Judge: MICHAEL M. PARKER | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|---|---|
| Case Name: | BITSTREAM MINING LLC | | | Date Filed (f) or Converted (c): | 11/01/23 (f) |
| | | | | 341(a) Meeting Date: | 11/28/23 |
| | | | | Claims Bar Date: | 02/20/24 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| NET BOOK VALUE OF DEBTOR'S INTEREST $60,754.71. CURRENT VALUE OF DEBTOR'S INTEREST LISTED AS: UNKNOWN.<br><br>LIENHOLDER: FORD MOTOR CREDIT COMPANY, LLC $65,110.72.<br><br>MOTION TO ABANDON A YEAR 2022 FORM F-250 TRUCK FILED 11/30/23, DOCKET NO. 16.<br><br>ORDER GRANTING TRUSTEE'S MOTION TO ABANDON A YEAR 2022 FORD F-250 TRUCK DATED 12/27/23, DOCKET NO. 26.<br><br>3. REAL PROPERTY - 20 ACRES OF LAND OUT OF THE E/2 OF 20 ACRES OF LAND OUT OF THE E/2 OF SECTION 101, BLOCK 34 HOUSTON AND TEXAS CENTRAL RAILWAY COMPANY SUVEY SITUATED IN WARD COUNTY, TEXAS.<br><br>LIENHOLDERS: 155 DISTRIBUTOR PARTNERS - AUSTIN, LLC $414,026.83; VA ELECTRICAL CONTRACTORS LLC $1,578,096.84.<br><br>MOTION TO SELL REAL PROPERTY IN WARD COUNTY, TEXAS TO TRINITY MINING FREE AND CLEAR OF LIENS FILED 02/07/24, DOCKET NO. 28.<br><br>ORDER REGARDING TRUSTEE'S MOTION SELL REAL PROPERTY IN WARD COUNTY, TEXAS TO TRINITY MINING FREE AND CLEAR OF LIENS DATED 02/23/24, DOCKET NO. 38. | 125,000.00 | 0.00 | | 528,250.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| Case No: | 23-51491 | MMP | Judge: MICHAEL M. PARKER | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | BITSTREAM MINING LLC | | | Date Filed (f) or Converted (c): | 11/01/23 (f) |
| | | | | 341(a) Meeting Date: | 11/28/23 |
| | | | | Claims Bar Date: | 02/20/24 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| REPORT OF SALE OF THE 20 ACRES IN WARD COUNTY AND CERTAIN BUSINESS PERSONAL PROPERTY FILED 03/29/24, DOCKET NO. 45. | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $125,000.00 | $0.00 | | $528,250.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE'S REQUEST FOR COURT COSTS FILED 04/03/24, DOCKET NO. 46.

REPORT OF SALE OF THE 20 ACRES IN WARD COUNTY AND CERTAIN BUSINESS PERSONAL PROPERTY FILED 03/29/24, DOCKET NO. 45.

ORDER REGARDING TRUSTEE'S MOTION SELL REAL PROPERTY IN WARD COUNTY, TEXAS TO TRINITY MINING FREE AND CLEAR OF LIENS DATED 02/23/24, DOCKET NO. 38.

MOTION TO SELL REAL PROPERTY IN WARD COUNTY, TEXAS TO TRINITY MINING FREE AND CLEAR OF LIENS FILED 02/07/24, DOCKET NO. 28.

ORDER GRANTING TRUSTEE'S MOTION TO ABANDON A YEAR 2022 FORD F-250 TRUCK DATED 12/27/23, DOCKET NO. 26.

ORDER GRANTING THE TRUSTEE'S MOTION TO ABANDON CERTAIN EQUIPMENT DATED 12/19/23, DOCKET NO. 25.

MOTION TO ABANDON CERTAIN EQUIPMENT FILED 12/13/23, DOCKET NO. 21.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| | | |
|---|---|---|
| Case No: 23-51491 MMP Judge: MICHAEL M. PARKER | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: BITSTREAM MINING LLC | Date Filed (f) or Converted (c): | 11/01/23 (f) |
| | 341(a) Meeting Date: | 11/28/23 |
| | Claims Bar Date: | 02/20/24 |

MOTION TO ABANDON A YEAR 2022 FORM F-250 TRUCK FILED 11/30/23, DOCKET NO. 16.

Initial Projected Date of Final Report (TFR): 12/31/24      Current Projected Date of Final Report (TFR): 12/31/24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 23-51491 -MMP | | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|---|
| Case Name: | BITSTREAM MINING LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******3341 Checking Account |
| Taxpayer ID No: | *******1736 | | | |
| For Period Ending: | 04/04/24 | | Blanket Bond (per case limit): | $ 197,925,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/22/24 | | COKINOS YOUNG ATTORNEY IOLTA ACCOUNT | Bank Serial #: | | 28,250.00 | | 28,250.00 |
| | 3 | COKINOS YOUNG | Memo Amount: 528,250.00 GROSS PROCEEDS FROM SALE OF R/E | 1110-000 | | | |
| | | VA ELECTRICAL CONTRACTORS, LLC | Memo Amount: ( 500,000.00 ) CREDIT TOWARDS PROOF OF CLAIM | 4120-000 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 528,250.00 | COLUMN TOTALS | 28,250.00 | 0.00 | 28,250.00 |
| Memo Allocation Disbursements: | 500,000.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 28,250.00 | 0.00 | |
| Memo Allocation Net: | 28,250.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 28,250.00 | 0.00 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 528,250.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 500,000.00 | Checking Account - ********3341 | 28,250.00 | 0.00 | 28,250.00 |
| Total Memo Allocation Net: | 28,250.00 | | 28,250.00 | 0.00 | 28,250.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 28,250.00 0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 04, 2024 |
|---|---|---|---|---|---|---|

Case Number: 23-51491  
Debtor Name: BITSTREAM MINING LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | John Patrick Lowe<br>J. Patrick Lowe, P.C.<br>2402 East Main Street<br>Uvalde, TX 78801 | Administrative | | $28,250.00 | $0.00 | $28,250.00 |
| 002<br>2200-00 | John Patrick Lowe<br>J. Patrick Lowe, P.C.<br>2402 East Main Street<br>Uvalde, TX 78801 | Administrative | | $2,834.41 | $0.00 | $2,834.41 |
| 000003<br>070<br>7100-00 | Bonds Ellis Eppich Schafer Jones LLP<br>c/o Andrew Russell<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, TX 76102 | Unsecured | (3-1) Legal services | $13,297.50 | $0.00 | $13,297.50 |
| 000004B<br>070<br>7100-00 | VA Electrical Contractors, LLC<br>c/o Tres Gibbs<br>Cokinos Young<br>1221 Lamar, 16th Fl.<br>Houston, Texas 77010 | Unsecured | (4-1) labor and materials furnished; Ch 52 of Tx Property Code | $480,777.32 | $0.00 | $480,777.32 |
| 000005<br>070<br>7100-00 | Print Crypto, Inc.<br>1401 Lavaca Street, Suite 515<br>Austin, TX 78701 | Unsecured | (5-1) Services and equipment<br>(5-1) Plus interest and attorney's fees | $256,733.28 | $0.00 | $256,733.28 |
| 000001<br>050<br>4700-00 | Ward County<br>c/o Don Stecker<br>Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205 | Secured | (1-1) Proof of Claim<br>(1-1) Proof of Claim<br><br>LISTED ON SCHEDULE E: AMOUNT: UNKNOWN<br><br>FIRM CHECK NO. 3518 IN THE AMOUNT OF $3.11 DATED 02/22/24 PAID BY TRUSTEE TO WARD COUNTY TAX OFFICE - 2022 AND 2023 AD VALOREM TAXES. | $0.00 | $0.00 | $0.00 |
| 000002<br>050<br>4210-00 | Ford Motor Credit Company, LLC<br>Dept 55953 P.O. Box 55000<br>Detroit, MI 48255 | Secured | | $66,708.63 | $0.00 | $66,708.63 |
| 000004A<br>050<br>4120-00 | VA Electrical Contractors, LLC<br>c/o Reagan H. "Tres" Gibbs, III<br>Cokinos Young<br>1221 Lamar, 16th Fl.<br>Houston, Texas 77010 | Secured | (4-1) labor and materials furnished; Ch 52 of Tx Property Code<br><br>ORDER REGARDING TRUSTEE'S MOTION SELL REAL PROPERTY IN WARD COUNTY, TEXAS TO TRINITY MINING FREE AND CLEAR OF LIENS DATED 02/23/24, DOCKET NO. 38.<br><br>REPORT OF SALE OF THE 20 ACRES IN WARD COUNTY AND CERTAIN BUSINESS PERSONAL PROPERTY FILED 03/29/24, DOCKET NO. 45. | $1,200,000.00 | $500,000.00 | $700,000.00 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: April 04, 2024 |

Case Number: 23-51491  
Debtor Name: BITSTREAM MINING LLC  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $2,048,601.14 | $500,000.00 | $1,548,601.14 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 23-51491 MMP
Case Name: BITSTREAM MINING LLC
Trustee Name: John Patrick Lowe, Trustee

Balance on hand $ 28,250.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Ward County<br>c/o Don Stecker<br>Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205 | $ 2.98 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Ford Motor Credit Company, LLC<br>Dept 55953 P.O. Box 55000<br>Detroit, MI 48255 | $ 66,708.63 | $ 66,708.63 | $ 0.00 | $ 0.00 |
| 000004A | VA Electrical Contractors, LLC<br>c/o Reagan H. "Tres" Gibbs, III<br>Cokinos Young<br>1221 Lamar, 16th Fl.<br>Houston, Texas 77010 | $ 1,680,777.32 | $ 1,200,000.00 | $ 500,000.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 28,250.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: John Patrick Lowe, Trustee | $ 28,250.00 | $ 0.00 | $ 28,250.00 |
| Trustee Expenses: John Patrick Lowe, Trustee | $ 2,834.41 | $ 0.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 28,250.00

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 750,808.10 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Bonds Ellis Eppich Schafer Jones LLP<br>c/o Andrew Russell<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, TX 76102 | $ 13,297.50 | $ 0.00 | $ 0.00 |
| 000005 | Print Crypto, Inc.<br>1401 Lavaca Street, Suite 515<br>Austin, TX 78701 | $ 256,733.28 | $ 0.00 | $ 0.00 |
| 000004B | VA Electrical Contractors, LLC<br>c/o Tres Gibbs<br>Cokinos Young<br>1221 Lamar, 16th Fl.<br>Houston, Texas 77010 | $ 480,777.32 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE